No. 218. Kroger Grocery & Baking Co. *v.* Yount.

Argued November 7, 1932. Decided November 14, 1932. *Per Curiam:* The certificate herein is dismissed. *Wells* v. *Commissioner*, 286 U. S. 529; *White* v. *Johnson*, 282 U. S. 367, 371; *United States* v. *Worley*, 281 U. S. 339, 340; *United States* v. *Mayer*, 235 U. S. 55, 56. *Mr. Walter H. Saunders,* with whom *Messrs. John S. Leahy, Lambert E. Walther,* and *J. L. London* were on the brief, for Kroger Grocery & Baking Co. *Mr. R. L. Ward,* with whom *Mr. J. Henry Caruthers* was on the brief, for Yount.

No. 220. Catagrone *v.* United States.

Argued November 8, 1932. Decided November 14, 1932. *Per Curiam:* The certificate herein is dismissed. *Wells* v. *Commissioner*, 286 U. S. 529; *White* v. *Johnson*, 282 U. S. 367, 371; *United States* v. *Worley*, 281 U. S. 339, 340; *United States* v. *Mayer*, 235 U. S. 55, 56. *Mr. Anthony P. Nugent* for Catagrone. *Assistant Attorney General Youngquist,* with whom *Solicitor General*